No. 01–5260. HOLLOWAY v. GEORGIA. Ct. App. Ga. Certiorari denied.

No. 01–5261. GARCIA v. ALAMEIDA, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS. C. A. 9th Cir. Certiorari denied.

No. 01–5262. FIELD v. ALAMEIDA, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS. C. A. 9th Cir. Certiorari denied.

No. 01–5263. FREEMAN v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 01–5264. KOON v. SOUTH CAROLINA. Ct. App. S. C. Certiorari denied.

No. 01–5265. JACKSON v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 01–5266. BROWN v. ANGELONE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. C. A. 4th Cir. Certiorari denied.

No. 01–5267. HATTEN v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 01–5268. MESA v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 01–5269. MENDOZA-MARTINEZ v. UNITED STATES; and MARTINEZ-DE LA ROSA v. UNITED STATES. C. A. 5th Cir. Certiorari denied. Reported below: 253 F. 3d 703.

No. 01–5270. PUEBLA-HERNANDEZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 01–5271. JUAREZ-GRAGEDA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 01–5272. TERRAZAS-SANCHEZ v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 01–5273. WAKEFIELD v. MCGINNIS, SUPERINTENDENT, SOUTHPORT CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.